|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Harvin, Selma aka Selma Vereen
    Harvin, Chron E.

**Order Filed on April 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:　13-24840 KCF

Chapter: 13

Hearing Date: March 29, 2017
Judge: Kathryn C. Ferguson

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐	Real Property More Fully Described as:

■	Personal Property More Fully Describes as:

**2010 TOYOTA VENZA , VIN: 4T3BA3BBXAU018220,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Chron E Harvin  
Selma Harvin  
    Debtors

Case No. 13-24840-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.  
db/jdb       +Chron E Harvin,   Selma Harvin,   1124 Stuyvesant Avenue,   Trenton, NJ 08618-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:

      Albert   Russo    docs@russotrustee.com  
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services jschwartz@mesterschwartz.com  
      John   Zimnis    on behalf of Debtor Chron E Harvin njbankruptcylaw@aol.com.  
      John   Zimnis    on behalf of Joint Debtor Selma  Harvin njbankruptcylaw@aol.com.  
      John Philip Schneider    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com  
      Lynn Therese Nolan    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial LNolan@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
      Young-Lynn  Lee    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial ylee@schillerknapp.com, kcollins@schillerknapp.com

                            TOTAL: 10