**Order Filed on April 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Chron E. Harvin and Selma Harvin | Case No.: _____13-24840_____<br><br>Chapter: _____13_____<br><br>Hearing Date: _____<br><br>Judge: _Kathryn C. Ferguson_ |

## ORDER VACATING

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated          April 3, 2017         , be and the same is hereby vacated.

*revised 2/25/14*