Order Filed on April 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Chron E. Harvin and Selma Harvin

Case No.: _____13-24840_____

Chapter: _____13_____

Hearing Date: _____

Judge: _Kathryn C. Ferguson_

**ORDER VACATING**

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

##   ORDER GRANTING MOTION FOR RELIEF FROM STAY  

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated        April 3, 2017      , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-24840-KCF
Chron E Harvin                                                                          Chapter 13
Selma Harvin
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Apr 06, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
db/jdb         +Chron E Harvin,   Selma Harvin,   1124 Stuyvesant Avenue,   Trenton, NJ 08618-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
       Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services
       jschwartz@mesterschwartz.com
       John   Zimnis    on behalf of Debtor Chron E Harvin njbankruptcylaw@aol.com.
       John   Zimnis    on behalf of Joint Debtor Selma   Harvin njbankruptcylaw@aol.com.
       John Philip Schneider    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
       Lynn Therese Nolan    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial LNolan@schillerknapp.com,
       tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
       Young-Lynn Lee    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
       ylee@schillerknapp.com,  kcollins@schillerknapp.com
                                                                                                 TOTAL: 10