UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Chron E. Harvin & Selma Harvin,

Debtors.

Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-24840-KCF

Adv. No.:

Hearing Date: 3/29/2017 @ 9:00 a.m..

Judge: Kathryn C. Ferguson

# ORDER VACATING STAY RELIEF ORDER & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Chron Harvin & Selma Harvin
Case No:  13-24840-KCF
Caption of Order:  ORDER REINSTATING STAY AND  RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation., Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2010 Toyota Venza, VIN 4T3BA3BBXAU018220, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John Zimnis, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 31, 2017 the loan has been paid in full; and

It is further **ORDERED, ADJUDGED and DECREED** that the Order entered vacating the automatic stay on April 3, 2017 is hereby VACATED; and

It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the subject vehicle is hereby reinstated; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.