UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Chron E. Harvin & Selma Harvin,

Debtors.

Case No.: 13-24840-KCF

Adv. No.:

Hearing Date: 3/29/2017 @ 9:00 a.m..

Judge: Kathryn C. Ferguson

# ORDER VACATING STAY RELIEF ORDER & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Chron Harvin & Selma Harvin
Case No:  13-24840-KCF
Caption of Order:  ORDER REINSTATING STAY AND  RESOLVING MOTION FOR RELIEF FROM STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation., Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2010 Toyota Venza, VIN 4T3BA3BBXAU018220, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John Zimnis, Esquire, attorney for Debtors, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of March 31, 2017 the loan has been paid in full; and

   It is further **ORDERED, ADJUDGED and DECREED** that the Order entered vacating the automatic stay on April 3, 2017 is hereby VACATED; and

   It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to the subject vehicle is hereby reinstated; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-24840-KCF
Chron E Harvin                                                                  Chapter 13
Selma Harvin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db/jdb         +Chron E Harvin,   Selma Harvin,   1124 Stuyvesant Avenue,   Trenton, NJ 08618-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              John    Zimnis    on behalf of Debtor Chron E Harvin njbankruptcylaw@aol.com.
              John    Zimnis    on behalf of Joint Debtor Selma    Harvin njbankruptcylaw@aol.com.
              John Philip Schneider    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Lynn Therese Nolan    on behalf of Creditor    Americredit Financial Services, Inc. dba GM
               Financial LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Young-Lynn    Lee    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
               ylee@schillerknapp.com,    kcollins@schillerknapp.com
                                                                                              TOTAL: 10