| **Information to identify the case:** | |
|---|---|
| Debtor 1      Chron E Harvin | Social Security number or ITIN   xxx–xx–5762 |
|                First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2      Selma Harvin | Social Security number or ITIN   xxx–xx–1638 |
| (Spouse, if filing)  First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   13–24840–KCF | |

## Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chron E Harvin                                        Selma Harvin
                                                      aka Selma Vereen


<u>7/12/17</u>                                        **By the court:** <u>Kathryn C. Ferguson</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 13-24840-KCF
Chron E Harvin                                                  Chapter 13
Selma Harvin
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jul 12, 2017
                              Form ID: 3180W              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db/jdb         +Chron E Harvin,    Selma Harvin,    1124 Stuyvesant Avenue,    Trenton, NJ 08618-3443
cr             +Americredit Financial Services, Inc. dba GM Financ,      c/o Schiller & Knapp, LLP,
                 950 New Loudon Road, Suite 109,    Latham, NY 12110-2100
cr             +FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
514057300      +Earl Noyan, MD,    1374 Whitehorse Hamilton Square Road,    Suite 304,   Re: SC 633-13,
                 Trenton, NJ 08690-3701
516124712       Federal National Mortgage Association,     (Fannie Mae) Creditor c/o Seterus, Inc.,
                 PO Box 1047 Hartford, CT 06143-1047
516124713       Federal National Mortgage Association,     (Fannie Mae) Creditor c/o Seterus, Inc.,
                 PO Box 1047 Hartford, CT 06143-1047,    Federal National Mortgage Association,
                 (Fannie Mae) Creditor c/o Seterus, Inc.,    PO Box 1047 Hartford, CT 06143-1047
514057305      +K Jordan,    PO Box 2809,   Monroe, WI 53566-8009
514141093      +K. Jordan,    Creditors Bankruptcy Svc.,    POB 740933,   Dallas, TX 75374-0933
514057306      +Lenox Socey Wilgus,    Re: American Trading; DC 7370-12,    3131 Princeton Pike, 1-B,
                 PO Box 6448,   Trenton, NJ 08648-0448
514057307      +Lincare,    PO Box 9521,   Re: BB1WD2LS; 481-1824,    Amherst, NY 14226-9521
514057312      +Midnight Velvet,    1112 7th Avenue,   Monroe, WI 53566-1364
514169692      +Midnight Velvet,    c/o Creditors Bankruptcy Service,    PO Box 740933,   Dallas, TX 75374-0933
514057313       Mortgage Service Center,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
514057316      +Quality Asset Recovery,    Re: West Trenton Medical Assoc,    7 Foster Ave,   Ste 101,
                 Gibbsboro, NJ 08026-1191
514057317      +Surgical Assoc of Mercer & Monmouth,    1374 Whitehorse Hamilton Sq. Rd.,    Suite 304,
                 Hamilton, NJ 08690-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2017 23:24:18      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2017 23:24:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514271716      +E-mail/Text: bncmail@w-legal.com Jul 12 2017 23:24:39      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514093569       EDI: PHINAMERI.COM Jul 12 2017 23:08:00      AmeriCredit Financial Services, Inc.,
                 PO Box 183853,   Arlington, Texas 76096
514089314       EDI: PHINAMERI.COM Jul 12 2017 23:08:00      Americredit Financial Services, Inc.,
                 PO Box 183853,   Arlington TX 76096
514057297      +EDI: CINGMIDLAND.COM Jul 12 2017 23:08:00      AT&T Mobility,   PO Box 537113,
                 Atlanta, GA 30353-7113
514318540      +EDI: CINGMIDLAND.COM Jul 12 2017 23:08:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
514156279       EDI: AIS.COM Jul 12 2017 23:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
514076784       EDI: AIS.COM Jul 12 2017 23:08:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK 73126-8941
514057299      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
514057298      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
514057303      +EDI: PHINAMERI.COM Jul 12 2017 23:08:00      GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
514057304      +EDI: HFC.COM Jul 12 2017 23:08:00      HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
514057301       EDI: JEFFERSONCAP.COM Jul 12 2017 23:08:00      Fingerhut,   11 McLeland Road,
                 Saint Cloud, MN 56395
514057308      +EDI: RESURGENT.COM Jul 12 2017 23:08:00      LVNV Funding,   Re: HSBC,    PO Box 10497,
                 Greenville, SC 29603-0497
514329447       EDI: RESURGENT.COM Jul 12 2017 23:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
514057310      +EDI: MID8.COM Jul 12 2017 23:08:00      Midland Credit Mngmt,    Re: Verizon Wireless,
                 PO Box 939019,   San Diego, CA 92193-9019
514057309      +EDI: MID8.COM Jul 12 2017 23:08:00      Midland Credit Mngmt,    Re: T Mobile,   8875 Aero Drive,
                 Suite 200,   San Diego, CA 92123-2255
514057311      +EDI: MID8.COM Jul 12 2017 23:08:00      Midland Credit Mngmt,    Re: Web Bank,   8875 Aero Drive,
                 Suite 200,   San Diego, CA 92123-2255
514057314      +EDI: AGFINANCE.COM Jul 12 2017 23:08:00      One Main Financial,    PO Box 183172,
                 Columbus, OH 43218-3172
514057315       EDI: PRA.COM Jul 12 2017 23:08:00      Portfolio Recovery Associates,    Re: Capital One; HSBC,
                 120 Corporate Blvd,    Ste 1,   Norfolk, VA 23502
514301067       EDI: PRA.COM Jul 12 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3           User: admin              Page 2 of 2                   Date Rcvd: Jul 12, 2017
                               Form ID: 3180W           Total Noticed: 44


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515197539          EDI: NAVIENTFKASMGUAR.COM Jul 12 2017 23:08:00      SLM TRUST 2011-1 on behalf of USAF.,
                   c/o Navient Solutions, Inc. on behalf of,   Student Aid Funds, Inc.,
                   Attn : Bankruptcy Litigation Unit E3149,   PO Box 9430,    Wilkes Barre, PA 18773-9430
514057318          EDI: AISTMBL.COM Jul 12 2017 23:08:00      T-Mobile,   PO Box 742596,    Cincinnati, OH 45274
514057319          EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Financial Services,   PO Box 17187,
                   Baltimore, MD 21297
514071914          EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                   Cedar Rapids, Iowa 52408-8026
514057320         +EDI: VERIZONEAST.COM Jul 12 2017 23:08:00      Verizon NJ,   500 Technology Drive,
                   Weldon Spring, MO 63304-2225
514057321         +EDI: VERIZONWIRE.COM Jul 12 2017 23:08:00      Verizon Wireless,   PO Box 26055,
                   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +K Jordan,   Creditors Bankruptcy Svc.,   POB 740933,   Dallas, TX 75374-0933
cr*              +Midnight Velvet,   c/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
515078137*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,   P O Box 183853,
                   Arlington, TX 76096)
514057296       ##+A-1 Collection,   Re: Surgical Assoc of Mercer & Monmouth,   101 Grovers Mill Rd,
                   Lawrenceville, NJ 08648-4706
514057302       ##+First Credit Services,   Re: Retro Fitness,   371 Hoes Lane,   Suite 300B,
                   Piscataway, NJ 08854-4143
514229077       ##+PHH MORTGAGE CORPORATION,   2001 BISHOP GATE BLVD,   MT. LAUREL, NJ 08054-4604
                                                                                            TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              John  Zimnis    on behalf of Joint Debtor Selma  Harvin njbankruptcylaw@aol.com.
              John  Zimnis    on behalf of Debtor Chron E Harvin njbankruptcylaw@aol.com.
              Lynn Therese Nolan    on behalf of Creditor   Americredit Financial Services, Inc. dba GM
               Financial LNolan@schillerknapp.com,
               tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               dnj@pbslaw.org
              Young-Lynn  Lee    on behalf of Creditor   Americredit Financial Services, Inc. dba GM Financial
               ylee@schillerknapp.com,    kcollins@schillerknapp.com
                                                                                             TOTAL: 11
```