Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 13–24840–KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chron E Harvin
1124 Stuyvesant Avenue
Trenton, NJ 08618

Selma Harvin
aka Selma Vereen
1124 Stuyvesant Avenue
Trenton, NJ 08618

Social Security No.:
  xxx–xx–5762

        xxx–xx–1638

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 15, 2017</u>        <u>Kathryn C. Ferguson</u>
                                        Judge, United States Bankruptcy Court